McMahon v. Thane.

---

### Frank McMahon v. William Thane.

1. VERDICTS—*Upon Conflicting Evidence.*—Where a case involves questions of fact for the jury, the finding will prevail.

Attachment.—Trial in the Circuit Court of St. Clair County, on appeal from a justice of the peace; verdict and judgment for plaintiff

Appeal by defendant.   Heard in this court at the February term, 1898.
Affirmed.   Opinion filed August 31, 1898.

MAURICE V. JOYCE, attorney for appellant.

W. H. BENNETT and A. A. HUNT, attorneys for appellee.

MR. PRESIDING JUSTICE CREIGHTON, delivered the opinion
of the court.

This was a suit in attachment, commenced before a justice
of the peace, by appellee against appellant, to recover a
balance claimed by appellee from appellant, for board, cash
loaned, and merchandise.   The case was appealed to the
Circuit Court of St. Clair County, where a trial was had by
jury, resulting in a verdict and judgment in favor of appel-
lee for $100.

The only ground urged for reversal is that the verdict is
manifestly against the weight of the evidence.

We have carefully examined all the evidence, and as to
some of the items in dispute, it is directly conflicting and
contradictory.

Appellee's testimony clearly shows that appellant was
indebted to him in a much larger sum than he recovered,
and he is fully corroborated by his books, admitted in evi-
dence without objection.

Appellant denied that he was indebted to appellee in any
sum, and stated that he had not boarded with appellee the
full time charged against him, and that certain of the
charges for money and merchandise were false, and he
was more or less corroborated by a number of witnesses.

As to some of his statements he was quite fully corrob-
orated.

The state of accounts between these parties, as the case
was submitted, was purely a question of fact for the jury;
the jury was fully warranted, by the evidence, in its finding.

The case was fully and fairly tried, and we think sub-
stantial justice prevailed.

The judgment of the Circuit Court is affirmed.